SARAH RITCHIE late CRUNCKLETON, ROBERT M'CUTCHEON and ELIZABETH his wife late CRUNCKLETON, plaintiffin error, *against* THOMAS HASTINGS and ELIZABETH his wife late CRUNCKLETON.

Judgment in dower reversed on error, after writ of seisin executed, for want of a declaration.

WRIT of error to Franklin county.

Summons in dower, issued to March term 1789, and was returned served. Judgment was entered by default and a writ of *habere facias seisinam*, issued to June term following, without any declaration filed, which was executed and returned.

The court on motion of Mr. Duncan for the plaintiffs in error, reversed the judgment. The record is clearly defective.